JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/9/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX B. PRESCOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIRERIGHT SOLUTIONS, INC.; AMERICAN AUTOMOBILE ASSOCIATION; AAA AUTO CLUB OF SOUTHERN CALIFORNIA; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 13-08953-MWF (PLAx)<br><br>**JUDGMENT** |

1     On May 14, 2014, after full consideration of the papers, evidence and authorities submitted by the parties and in the Court's files, as well as the parties' oral argument thereon, and good cause appearing therefore, the Court GRANTED Defendant HireRight Solutions, Inc.'s Motion for Judgment on the Pleadings, DISMISSED with prejudice Plaintiff's claims against Defendant HireRight Solutions, and DISMISSED Plaintiff's second, third, and fourth claims for relief. (Docket No. 49).

     On June 11, 2015, after full consideration of the papers, evidence and authorities submitted by the parties and in the Court's files, as well as the parties' oral argument thereon, and good cause appearing therefore, the Court GRANTED Defendant Automobile Club of Southern California's Motion for Summary Judgment, and GRANTED Defendant The American Automobile Association, Inc.'s Motion for Summary Judgment. (Docket No. 111).

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

     Judgment is entered in favor of Defendants HireRight Solutions, Inc., The American Automobile Association, Inc., and Automobile Club of Southern California, and Plaintiff Felix B. Prescott shall take nothing; and

     Defendants HireRight Solutions, Inc., The American Automobile Association, Inc., and Automobile Club of Southern California shall recover their costs as provided by law.

DATED: July 9, 2015.

_____
MICHAEL W. FITZGERALD
United States District Judge